| | |
|---|---|
| Robert Gene Bailey, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R. M. Ashley, C. C. Blake, Officer Dooer, )<br>Joseph Gardner, P. J. Graham, K. D. Mackey, )<br>Ron Smith, William C. Toman, Jr., )<br>Unknown Female Officer and )<br>Unknown Male Officer , )<br>)<br>)<br>Defendants. )<br>) | **JUDGMENT**<br><br>No. 5:13-CV-481-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice.

**This judgment filed and entered on July 9, 2013, and served on:**

Robert Gene Bailey (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC
    27885)

July 9, 2013                               /s/ Julie A. Richards,
                                                                 Clerk of Court